Martínez, Promovente, *v.* Corte de Distrito de Aguadilla et al., Demandados.

No. 32.—*Sometido:* Mayo 9, 1924. *Resuelto:* Mayo 26, 1924.

Auto Inhibitorio—Jurisdicción.—Cuando hay una apelación la jurisdicción no se pierde permanentemente sino que solamente queda suspendida. Por tanto, cuando el apelante abandona su apelación y el apelado está presente y no existe nada que demuestre que él alegara algo sobre la privación temporal de jurisdicción y cuando el asunto puede ser revisado por apelación a su debido tiempo, no procede librar un auto inhibitorio para poner a prueba la cuestión y debe dejarse a las partes con sus remedios ordinarios después de la ejecución que se pretendió o pretende en este caso.

Solicitud de auto inhibitorio contra el Juez Tomás Bryan, (Aguadilla). *Denegado.*

*Víctor P. Martínez,* promovente, compareció por escrito; los demandados no comparecieron.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

Ante la Corte de Distrito de Aguadilla en el caso de *Ballester* v. *Martínez,* No. 4162, la corte dictó sentencia a favor de Martínez en julio 31, 1923. Ballester apeló. Por lo general tal apelación suspende la jurisdicción de la corte inferior, de conformidad con nuestra jurisprudencia y como se indica en el tomo 12 de *Corpus Juris,* página 1265. A pesar de esto otra sentencia surgió en el mismo caso contra Martínez el día 14 de septiembre, 1923. Parece que después de interpuesta la apelación la corte de distrito anuló su sentencia de julio 31 a favor de Martínez para luego dictar otra contra él en septiembre 14. Esta segunda sentencia fué apelada por Martínez, pero esta corte desestimó la apelación, 32 D.P.R. 649. Todo esto ocurrió mientras estaba pendiente en este tribunal la apelación de Ballester. Ballester no estaba activando su apelación. El verdadera-

mente la abandonó y no podía obtener ninguna ventaja de ella. Después de haber abierto nuevamente el caso la corte inferior, no consta que Martínez presentara ninguna cuestión de jurisdicción. Convenimos con Martínez en que la corte de distrito no puede adquirir jurisdicción por consentimiento, pero cuando hay una apelación la jurisdicción no se pierde permanentemente sino que solamente queda suspendida. Por tanto, cuando el apelante abandona su apelación y el apelado está presente y no existe nada que demuestre que él alegara algo sobre la privación temporal de jurisdicción y cuando el asunto puede ser revisado por apelación a su debido tiempo, no estamos dispuestos a librar un auto extraordinario para poner a prueba la cuestión y dejaremos a las partes con sus remedios ordinarios después de la ejecución que se pretendió o pretende en este caso.

El auto inhibitorio debe ser *denegado.*